**Electronically Filed
Supreme Court
SCWC-15-0000342
22-DEC-2016
04:06 PM**

SCWC-15-0000342

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

RUDOLPH G. KING, JR.,
Petitioner/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000342; CR. NO. 14-1-1986)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed December 13, 2016, is corrected as follows:

1.  Footnote 5 is renumbered to 4.

2.  Footnote 6 is renumbered to 5.

3.  Footnote 7 is renumbered to 6.

4.  Footnote 8 is renumbered to 7.

5.  Footnote 9 is renumbered to 8.

6.  Footnote 10 is renumbered to 9.

7.  Footnote 11 is renumbered to 10.

8.  Footnote 12 is renumbered to 11.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, December 22, 2016.

/s/ Richard W. Pollack
Associate Justice



2